LAURA E. DUFFY
United States Attorney
LARA A. STINGLEY
Assistant United States Attorney
California State Bar No. 275534
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8403

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 13-cr-00229-GPC |
| ) | |
| Plaintiff, ) | GOVERNMENT'S SENTENCING SUMMARY CHART |
| ) | |
| v. ) | |
| ) | Honorable Gonzalo P. Curiel |
| JULIO CHUMACERA, ) | Date: September 13, 2013 |
| ) | Time: 8:30 AM |
| Defendant. ) | |
| _____) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Lara A. Stingley, Assistant United States Attorney, and hereby files the attached Government's Sentencing Summary Chart regarding the above-referenced matter.

DATED: September 6, 2013.

                                            LAURA E. DUFFY
                                            United States Attorney

                                            <u>s/ Lara A. Stingley</u>
                                            LARA A. STINGLEY
                                            Assistant U.S. Attorney
                                            Email: Lara.Stingley@usdoj.gov

# SENTENCING SUMMARY CHART

USPO \_\_\_\_
AUSA  X
DEF  \_\_\_\_

| | |
|---|---|
| Defendant's Name: Julio Chumacera | Docket No. 13-cr-00229-GPC |
| Attorney's Name: Lara A. Stingley | Phone No.: (619) 546-8403 |
| Guideline Manual Used: November 1, 2012 | Agree with USPO Calc.: Yes |

Base offense Levels: (Drug Quantity if Applicable:) [USSG § 2D1.1]                              38
Base offense Levels: (Drug Quantity if Applicable:) [USSG § 2D1.1(a)(5)]                     34

Specific Offense Characteristics:

Victim Related Adjustment:

Adjustment for Role in the Offense:                                                                                      -2

Adjustment for Obstruction of Justice:

Adjustment for Reckless Endangerment During Flight:

Adjusted Offense Level:                                                                                                              32
\_\_\_ Combined (Mult. Counts)  \_\_\_ Career Off.  \_\_\_ Armed Career Crim.

Adjustment for Acceptance of Responsibility:                                                                     -3

Total Offense Level:                                                                                                                  29

Criminal History Score:                                                                                                             5

Criminal History Category:                                                                                                      III
\_\_\_ Career Offender   \_\_\_ Armed Career Criminal

Guideline Range:                                                                                         from   108   mths
(Range limited by: \_\_\_ minimum mand. X statutory maximum)      to     135   mths

Departures:
 None.

Resulting Guideline Range: Adjusted Offense Level   29            from  108  mths
                                                                                                                  to    135   mths

**RECOMMENDATION**: 60 months' custody (joint recommendation); 3 years' supervised release; no fine, $100 special assessment

The Government makes this guideline recommendation after considering each of the 3553(a) factors and submits that the recommended sentence is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. 3553(a)(2).

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 13-cr-00229-GPC |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| JULIO CHUMACERA, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Lara A. Stingley, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S SENTENCING SUMMARY CHART** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

to:  Gary Paul Burcham, Esq.
     Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2013.

s/ Lara A. Stingley
LARA A. STINGLEY